# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DEMARAY LLC, | |
| PLAINTIFF, | Civil Action No.  6:20-cv-00634-ADA |
| v. | |
| INTEL CORPORATION, | **JURY TRIAL DEMANDED** |
| DEFENDANT. | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant Intel Corporation ("Intel") hereby moves for an extension of time to file a response to Plaintiff's Complaint.

The Defendant's response to the Complaint is currently due on August 5, 2020. The Defendant requests an extension for that response through and including September 21, 2020. Plaintiff does not oppose this extension.

For the foregoing reasons, Defendant prays that the Court grant this motion.

Dated: July 24, 2020                         Respectfully submitted,

                              By:     */s/ J. Stephen Ravel*
                                         J. Stephen Ravel
                                         Texas State Bar No. 16584975
                                         Sven Stricker
                                         Texas State Bar No. 24110418
                                         KELLY HART & HALLMAN LLP
                                         303 Colorado, Suite 2000
                                         Austin, Texas 78701
                                         Tel: (512) 495-6429
                                         Tel: (512) 495-6464
                                         Email: steve.ravel@kellyhart.com
                                         Email: sven.stricker@kellyhart.com
                                         *Attorneys for Intel Corporation*

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies counsel conferred and Plaintiff's counsel agreed to the relief sought. Accordingly, this motion and the relief requested herein are unopposed.

>  */s/ J. Stephen Ravel*  
> J. Stephen Ravel

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 24, 2020 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

> */s/ J. Stephen Ravel*  
> J. Stephen Ravel