# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DEMARAY LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION,<br><br>  Defendant. | Case No. 6:20-CV-00634-ADA<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT INTEL CORPORATION'S SUPPLEMENT TO OPPOSED MOTION TO TRANSFER VENUE

Defendant Intel Corporation ("Intel") files this supplement to its Opposed Motion to Transfer Venue filed under seal and docketed by the clerk on November 12, 2020, Docket No. 39. The Declaration of Philip Ou and Exhibits B thru U are now being filed unsealed in support of its opposed motion. These materials were served on Plaintiff on Friday November 6, 2020.

| | |
|---|---|
| Dated: November 12, 2020 | PAUL HASTINGS LLP |

By:  */s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

Yar R. Chaikovsky
yarchaikovsky@paulhastings.com
Philip Ou
philipou@paulhastings.com
Allan M. Soobert
allansoobert@paulhastings.com
Joseph J. Rumpler, II
josephrumpler@paulhastings.com
1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone: 1(650) 320-1800
Facsimile: 1(650) 320-1900

*Attorneys for Intel Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5(b)(1) on November 12, 2020.

  */s/ J. Stephen Ravel*
J. Stephen Ravel