# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DEMARAY LLC                          §
                                     §    CIVIL NO:
vs.                                  §    WA:20-CV-00634-ADA
                                     §
INTEL CORPORATION                    §

## ORDER SETTING DISCOVERY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DISCOVERY HEARING** by zoom on **Thursday, March 04, 2021 at 09:30 AM**.  The link for the hearing will be sent by e-mail.

IT IS SO ORDERED this 3rd day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE